# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| LINDA H. THOMPSON | § | |
| VS. | § | CIVIL ACTION NO. 6:09cv42 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge John D. Love. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REVERSED** and **REMANDED** for the Administration to make a proper finding, based on proper application of the applicable legal standards, regarding the credibility of Plaintiff's assertions regarding her pain, to discuss in his Decision the weight given to any state agency medical consultant's credibility finding,

and to determine whether or not Plaintiff can perform work existing in significant numbers in the national economy. further consideration; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 20th day of April, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**